# EXHIBIT D

**U.S. DESIGN PATENT NO. D1,050,667S**

**Bonbondog Funny Gummy ("Funny Gummy")**

**Title:**          Confectionery

**Owner/Assignee:**     ZURU Edge, Ltd.

**References cited below:**

- Funny Gummy candy obtained from Las Vegas Sweets and Snacks Expo 2026.
- Hebei Xiaoxixi Food Science and Technology Co., Ltd. candy listed for sale on Alibaba.com ("Alibaba Listing");  ALIBABA, https://www.alibaba.com/product-detail/High-Quality-Gift-Bulk-Gummy-Candy_1601709704456.html  (last visited July 7, 2026).

| Design Claimed by D'667 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
| FIG. 1 | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer. Funny Gummy |

1

| Design Claimed by D'667 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
|  FIG. 2 | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer.<br><br>Funny Gummy |

| Design Claimed by D'667 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
|  FIG. 3 | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer. |

Funny Gummy

3

| Design Claimed by D'667 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
|  FIG. 4 | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer. <br><br> Alibaba Listing |

| Design Claimed by D'667 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
|  | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer.<br><br>Alibaba Listing |

5

| Design Claimed by D'667 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
|  FIG. 6 | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer. Funny Gummy |

| Design Claimed by D'667 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
|  | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer.<br><br>Funny Gummy |

7

**U.S. DESIGN PATENT NO. D1,009,402S**

**Bonbondog Funny Gummy ("Funny Gummy")**

**Title:**        Confectionery-Coated Container

**Owner/Assignee:**     ZURU Edge, Ltd.

**References cited below:**

- Funny Gummy candy obtained from Las Vegas Sweets and Snacks Expo 2026.

| Design Claimed by D'402 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
| FIG. 1 | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer. Funny Gummy |

1

| Design Claimed by D'402 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
| <br><br>FIG. 2 | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer.<br><br>Funny Gummy |

| Design Claimed by D'402 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
| <br>FIG. 3 | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer.<br><br>Funny Gummy |

3

| Design Claimed by D'402 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
| FIG. 4 | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer.<br><br>Funny Gummy |

Ha

4

| Design Claimed by D'402 Patent | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|
| FIG. 5 | The Funny Gummy embodies the patent design. The Funny Gummy would appear the same or substantially the same as the patented design in the eye of the ordinary observer. Funny Gummy |

5