# EXHIBIT E

**U.S. PATENT NO. 12,336,548 B2**

**Bonbondog Funny Gummy ("Funny Gummy")**

**Title:**                     Gummy Confectionery-Coated  Non-Edible Container

**Owner/Assignee:**     ZURU EDGE, LTD.

**References cited below:**

- Funny Gummy candy obtained from the 2026 Sweets and Snacks Expo.in Las Vegas, Nevada.
- Hebei Xiaoxixi Food Science and Technology Co., Ltd. candy listed for sale on Alibaba.com ("Alibaba Listing"); ALIBABA, https://www.alibaba.com/product-detail/High-Quality-Gift-Bulk-Gummy-Candy_1601709704456.html  (last visited July 7, 2026).

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| 1[pre] | An article comprising a layer of gummy confectionery adhered by an injection molding process to an outer surface of a non-edible container, wherein: | To the extent this preamble is determined to be a limitation, on information and belief the Funny Gummy contains a layer of gummy confectionery adhered by injection molding to the outer surface of a non-edible container.<br><br>*See, e.g.,* the Funny Gummy's candy layer demonstrating a dimple typical of injection molding alongside the raised lines typical of the molding process. |

1

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
|  |  | <br>Alibaba Listing |

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| | | Gummy Layer      Outer surface of the Container |
| 1[a] | the layer of gummy confectionery comprises a plurality of sections separable by indented grooves, perforations, gaps or a combination thereof, | The Funny Gummy includes a plurality of gummy confectionery sections separable by gaps.<br><br>*See, e.g.,* the Funny Gummy showing a plurality of gummy confectionery sections separable by gaps. |

3

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
|  |  | Gaps · Plurality of gummy confectionery sections |
| 1[b] | the layer of gummy confectionery conforms to a shape of an outer surface of the non-edible container, and | The layer of gummy confectionery on the Funny Gummy conform to the shape of the outer surface of the container. *See, e.g.*, the Funny Gummy showing the layers of gummy wrapping to and conforming to the shape of the container as indicated by the yellow lines. |

4

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| | | |
| 1[c] | the plurality of sections are each individually removably peelable from the outer surface of the non-edible container. | The plurality of sections of the Funny Gummy are independently removably peelable from the outer sufrace of the non-edible container.<br><br>*See, e.g.,* the Funny Gummy showing a section peeled independently from the surface of the non-edible container. |

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
|  |  | Outer surface / Independently peelable |
| 2 | The article as claimed in claim 1, wherein the confectionery layer partially, or completely, covers the non-edible container. | The confectionery layers partially cover the non-edible container.<br><br>*See, e.g.,* the Funny Gummy showing the confectionery layers in adjacent sections leaving little of the non-edible container uncovered. |

6

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
|  |  | <br><br>Covered sections of container<br><br>Uncovered sections of container |
| 3 | The article as claimed in claim 1, wherein the non-edible container is in an egg-like shape. | The non-edible container of the Funny Gummy is an ovular and egg-like shape.<br><br>*See, e.g.*, the Funny Gummy container without any confectionery layers in an egg-like shape as indicated by the yellow oval. |

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| 4 | The article as claimed in claim 1, wherein the non-edible container contains a toy, and the contained toy is not revealed until said container is opened. | |
| 6 | The article as claimed in claim 1, wherein the gummy confectionery layer is sufficiently flexible such that it can be removed from the non-edible container | The gummy confectionery layers of the Funny Gummy are sufficiently flexible to be removed from the non-edible container without brittle fragmentation.<br><br>*See, e.g.,* the Funny Gummy showing that the gummy confectionery layers are flexible such that they can be removed from the non-edible container in a single piece. |

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| | without sustaining brittle fragmentation. | |
| 7 | The article as claimed in claim 1, wherein each section of the plurality of sections is removable independently of any other sections. | The Funny Gunny has a plurality of sections that are removable independent from the other sections. *See, e.g.*, the Funny Gunny showing a single section being removed while the other sections remain conforming to the non-edible container. |

9

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| | | |
| 8 | The article as claimed in claim 7, wherein the number of independently removable sections is 2 to 10. | The Funny Gummy has eight (8) independently removable sections, which is between two (2) and ten (10) independently removable sections.<br><br>*See, e.g.*, the Funny Gummy showing eight (8) independently removable sections as indicated by the numbered yellow lines. |

10

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| | | |
| 9 | The article as claimed in claim 1, wherein the layer of gummy confectionery comprises two or more colors. | The Funny Gunny's layer of gummy is comprised of six (6) colors, purple, blue, green, yellow, orange, and red.<br><br>*See, e.g.*, the Funny Gunny showing six (6) distinct colors attributable to the gummy layer. |

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| | | |
| 10 | The article as claimed in claim 7, wherein the gummy confectionery comprises more than one color, and wherein each independently removable section or sections is a single color. | The Funny Gunny comprises six (6) colors, and each removable section is a single color.<br><br>*See, e.g.*, the Funny Gunny showing each removable section of gummy confectionery is a single color, as indicated by the yellow rectangles. |

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| | | |
| 12 | The article as claimed in claim 1, wherein the gummy confectionery comprises one or more of the following gelling agents: bovine gelatine, porcine gelatine, fish gelatine, | On information and belief, the Funny Gummy contains gelatine.<br><br>*See, e.g.*, the Funny Gummy packaging containing the simplified Chinese characters 明胶 which translate to Gelatine in English, identified by the yellow box; *see also* the identified characters on the Funny Gummy packaging magnified. |

13

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| | modified starch, pectin, carrageenan, and agar. |  |

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| 13 | The article as claimed in claim 1, wherein the gummy confectionery comprises sorbitol. | On information and belief, the Funny Gummy contains Sorbitol.<br><br>*See, e.g.*, the Funny Gummy packaging containing the simplified Chinese characters 山梨醇, which translate to Sorbitol in English, identified by the yellow box; *see also* the identified characters on the Funny Gummy packaging magnified.<br><br> |

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| | | |
| 15 | The article as claimed in claim 1, wherein the non-edible container contains a toy or food item. | The Funny Gummy non-edible container contains a toy.<br><br>*See, e.g.*, the Funny Gummy container being opened to reveal a toy; *see also* the Funny Gummy toy after being assembled.<br><br> |

16

| Claim No. | Claim Element | Funny Gummy: Citations to Representative Evidence of Infringement |
|---|---|---|
| 16 | The article as claimed in claim 1, wherein the plurality of sections are separable by gaps, and the non-edible container is visible through the gaps. | The Funny Gummy sections are separable by gaps, and the non-edible container is visible through the gaps.<br><br>*See, e.g.*, the Funny Gummy showing gaps between the plurality of the gummy confectionery sections with the outside of the non-edible container visible through these gaps.<br><br> |

17